UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUL 1 6 2003

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| PUBLIC CITIZEN, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 98-1423 ESH |
| DEPARTMENT OF STATE, <u>et al.</u>, | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

Upon consideration of Plaintiff's Unopposed Motion To Extend Time For Submitting Material In Support Of Motion For Attorneys Fees Under Fed. R. Civ. P. 54(d), it is hereby

ORDERED that Plaintiff's motion is granted; and it is further

ORDERED that Plaintiff's time to submit material supporting its motion for attorneys fees is hereby extended by twenty-one days to August 4, 2003.

Dated: 7/15/03

Ellen Segal Huvelle
U.S. District Court Judge




1

Copies to:

Michael E. Tankersley
Public Citizen Litigation Group
1600 20th Street, NW
Washington, D.C. 20009

John H. Zacharia
Trial Attorney, Department of Justice
Federal Programs Branch
20 Massachusetts Avenue, NW, 7th Floor
Washington, DC 20530